**BOIES, SCHILLER & FLEXNER LLP**
  Stuart Singer (*pro hac vice*)
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022
Email:  ssinger@bsfllp.com

**FOOTE MIELKE CHAVEZ & O'NEIL, LLC**
  Robert M. Foote (*pro hac vice*)
  Kathleen Chavez (*pro hac vice*)
  Matthew Herman (*pro hac vice*)
10 West State Street, Suite 200
Geneva, IL 60134
Tel: 630-232-7450
Fax: 630-232-7452
Email:  rmf@fmcolaw.com; kcc@fmcolaw.com; mjh@fmcolaw.com

**LEE, TRAN LIANG & WANG LLP**
  James M. Lee (CA Bar No. 192301)
  Enoch H. Liang (CA Bar No. 212324)
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773
Email:  james.lee@ltlw.com; enoch.liang@ltlw.com

FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>GODADDY.COM, INC., a Delaware corporation,<br><br>          Defendants. | Case No. CV13-08458 -DDP (MANx)<br><br>**COMPLAINT** |

COMPLAINT

Plaintiff, Academy of Motion Picture Arts and Sciences ("the Academy" or "Plaintiff"), a California nonprofit corporation brings this Complaint against Defendant GoDaddy.com, Inc. ("GoDaddy" or "Defendant"), and in so doing allege, upon information and belief, except as to allegations specifically pertaining to themselves, which are based on personal knowledge, as follows against Defendant:

## SUMMARY OF CLAIMS

1.     This action is brought by Plaintiff seeking redress for GoDaddy's violations of the Anticybersquatting Consumer Protection Act ("ACPA") 15 U.S.C.A. § 1125(d), and California Business Professions Code Sections 17200. Said violations arise from Defendants' actions to generate revenue from the unauthorized taking, use, and monetization of Plaintiff's distinctive, famous and valuable marks. Plaintiff seeks redress for damages caused to it as a direct and proximate result of Defendants' unauthorized monetization, registration, trafficking in, licensing and/or other such use of domain names belonging to and/or that are confusingly similar to Plaintiff's valuable, protected, distinctive and famous marks. The instant action is related to and supplements a currently pending action between the same parties asserting the same theories of infringement under the ACPA and related state theories that was filed in May 2010, Case No. 2:20-cv-03738-ABC-CW. In the pending action, Judge Collins has already made several summary judgment rulings, including on June 24, 2013 and November 4, 2013. The instant action asserts claims related to parked pages on additional domain names not part of the pending action.

2.     GoDaddy has deliberately taken, infringed, diluted and/or otherwise used, without authorization, the Academy's rights in the OSCAR®, OSCARS® and OSCAR NIGHT®, ACADEMY AWARD®, ACADEMY AWARDS® marks (the "Academy's Distinctive & Valuable Marks"). They

have done so through the registration, license, use, trafficking in, conversion, and monetization of Internet domain names that are identical to and/or confusingly similar to the Academy's Distinctive & Valuable Marks.

3.   GoDaddy achieves monetary gain by using the Academy's Distinctive & Valuable Marks to knowingly divert internet traffic away from Plaintiff's legitimate websites, to infringing parked domains ("Deceptive Domains").   The infringing domains are "parked pages" that have no legitimate business purpose, display no substantive content, and are used exclusively for the display of revenue generating advertisements.  Defendant derives revenue each time an internet user is directed to an infringing parked domain and an advertisement is "clicked."   GoDaddy has been, or attempted to, derive revenue from hundreds of such infringing parked domains which demonstrates its bad faith intent to profit from advertising on domain names that are identical to, or confusingly similar to, the Academy's Distinctive & Valuable Marks.

4.   Defendant's violations and misconduct have caused damage and losses to the Plaintiff.  Plaintiff has expended significant time and expense in identifying infringing parked pages.   Plaintiff has incurred the additional expense of consulting with attorneys and reimbursing them for the costs associated with numerous cease-and-desist letters to holders of infringing sites, which were rendered infringing by Defendants' services.   Thereafter, Plaintiff incurred the expense of determining whether their cease-and-desist letters had been complied with.  Finally, Plaintiff has suffered loss in the form of dilution of legally-protected trademarks as a result of Defendant's conduct in placing advertisements related to the Academy's marks on parked pages.   This has occurred, and continues to occur, on numerous parked pages as set forth below.

## SUBJECT MATTER JURISDICTION AND VENUE

5.     This is an action for cybersquatting under 15 U.S.C. § 1125(d) and for violations of California statutory and common law. This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. § 1331.  This Court has supplemental jurisdiction pursuant to 28 U.S.C.§ 1367.

6.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events or omissions giving rise to the claim and the actual harm to Plaintiff occurred in this District by reason of the Defendant's conduct as alleged below.  No other forum would be more convenient for the parties and witnesses to litigate this action.  California law applies to all state law claims or controversies arising between the parties.

## PARTIES

### A.     PLAINTIFF: THE ACADEMY

7.     The Academy is a nonprofit corporation organized and existing under the laws of the State of California, with its principal place of business in Los Angeles County.

8.     The Academy was founded in 1927 by a group of 36 film industry leaders, who numbered among them Cecil B. Deville, Mary Pickford, Jack Warner and Douglas Fairbanks, for the purpose of advancing the motion picture arts and sciences by promoting cultural, educational and technological achievements. As an incentive for members of the industry to strive toward this goal and as a means of recognizing persons who make outstanding contributions in their respective creative fields, the Academy presents annual "Awards of Merit," known to the public as "Oscars." The Academy's Awards of Merit are alternatively referred to in the singular as "Academy Award" or "Oscar."  The Oscars are presented during a nationally and internationally televised "Academy Awards" program.

9.     The Academy owns the ACADEMY AWARD® and ACADEMY AWARDS® marks, which it has registered with the United States Patent and Trademark Office ("USPTO") pursuant to Certificate of Registration No. 2,245,965 for its ACADEMY AWARD mark and Certificate of Registration Nos. 1,103,859, 1,880,473 and 1,956,313 for its ACADEMY AWARDS mark. These marks are valid, subsisting, and incontestable, and, as the owner of these registered marks, the Academy has the rights to their exclusive use.

10.    The Academy owns the OSCAR®, OSCARS® and OSCAR NIGHT® marks, which it has registered with the United States Patent and Trademark Office pursuant to Certificates of Registration Nos. 1,096,990, 1,118,751, 1,996,585 and 2,021,582, for its OSCAR mark, Certificate of Registration No. 1,528,890 for its OSCARS mark, and Certificate of Registration No. 2,029,445 for its OSCAR NIGHT mark.  These marks are valid, subsisting, and incontestable, and, as the owner of these registered marks, the Academy has the rights to their exclusive use.

11.    With respect to Registration Nos. 1,103,859 and 1,880,473 for the ACADEMY AWARDS® mark, Registration No. 1,096,990 for the OSCAR® mark, and Registration No. 1,528,890 for the OSCARS® mark, the Academy has complied with the requirements set forth in Sections 8 and 15 of the Trademark Act of 1946.  The Academy's exclusive right to use those marks and its registrations thereof have become incontestable within the meaning of 15 U.S.C. § 1065 and said certificates of registration constitute conclusive evidence of, *inter alia*, the Academy's ownership of, and exclusive right to use, those marks.

12.    The Academy is a venerable and important organization within the motion picture industry, responsible for encouraging the industry's cultural, educational and technological advances.  The Academy's esteem is based on its reputation for conferring its Academy Award of Merit on only those

1  individuals who have shown outstanding achievement in their creative fields.
2  Said award would not be a credible, highly prized award if the public and trade
3  believed that the Academy sold or gave the award to persons other than its
4  Academy Award of Merit winners. Indeed, the Academy does not license the
5  Academy's Distinctive and Valuable Marks except to promote its annual
6  Academy Awards® telecast or in connection with films that have been honored
7  by the Academy. Specifically, the Academy does not otherwise allow the
8  Academy's Distinctive and Valuable Marks to be used to advertise or promote
9  any other product or service.

10  13. As a result of the Academy's long leadership of the film industry,
11  extensive advertising, and media attention, the Academy's ACADEMY
12  AWARD®, ACADEMY AWARDS®, OSCAR®, OSCARS®, and OSCAR
13  NIGHT® marks have achieved widespread and favorable public acceptance
14  and recognition, and have become assets of substantial value throughout this
15  district, the United States, and the world.

16  14. The Academy's marks are recognized nationally and
17  internationally as signifying the Academy's Award of Merit and annual
18  Academy Awards® ceremony. The marks ACADEMY AWARD®,
19  ACADEMY AWARDS®, OSCAR®, OSCARS®, and OSCAR NIGHT® have
20  achieved a strong secondary meaning. The public universally associates the
21  terms and marks "Academy Award", "Academy Awards", "Oscars" and
22  "Oscar Night" with the Oscar® presentation by the Academy. The public also
23  universally associates the terms and marks "Academy Award", "Oscar", and
24  "Oscars" with the Oscar® statuette presented to the winners of the Academy's
25  annual Awards of Merit. ACADEMY AWARD®, ACADEMY AWARDS®,
26  OSCAR®, OSCARS®, and OSCAR NIGHT® are unquestionably linked in
27  the public mind with the Academy and its Award of Merit. Indeed, referring to
28  the Oscar® statuette, the Ninth Circuit has stated that "[t]he [OSCAR] mark

should be given the strongest possible protection against infringement." *Academy of Motion Picture Arts and Sciences v. Creative House Promotions*, 944 F.2d 1446, 1455 (9th Cir. 1991).

## B. **DEFENDANTS**

15. Defendant GoDaddy is the "flagship company" of GoDaddy Group, Inc., an Arizona corporation with its principal place of business located at 14455 N. Hayden Rd., Suite 219, Scottsdale, AZ 85260. GoDaddy purports to be the world's leading ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. It claims to have over forty (40) million domain names under its management, and boasts that "(a)s an ICANN-accredited domain registrar, GoDaddy has more names under management than any other registrar and has an array of internet based services."

16. GoDaddy offers its services in interstate commerce, including, but not limited to such services as registration, certification, hosting, parking, redirection, transfer, and monetization through its "parking" program that monetizes participating domain names. GoDaddy has a number of other subsidiary companies, including: Wild West Domains, Inc., Starfield Technologies, and Blue Razor Domains.

17. This Court has personal jurisdiction over Defendant GoDaddy because it conducts substantial business within this district, has engaged in acts or omissions within this district causing injury, has engaged in acts outside this district causing injury within this district, and has engaged in conduct related to the unlawful activities at issue in this action causing injury and harm in this district, and/or has otherwise made or established contacts with this district sufficient to permit the exercise of personal jurisdiction.

18. GoDaddy has intentionally used domains that it knew or should have known infringed on the Academy's Distinctive & Valuable Marks.

COMPLAINT

19.   Defendant GoDaddy has registered domains, monetized domains, intentionally displayed advertisements on parked domains, and otherwise utilized the Academy's Distinctive & Valuable Marks without Plaintiff's consent or authorization.

20.   GoDaddy has profited from its unlawful and unauthorized conduct alleged herein.

21.   As described above, and in more detail below, Defendant's unlawful conduct has also caused Plaintiff to expend time and money in policing Defendants' activities, issuing cease-and-desist letters, and monitoring the Defendants' activities for compliance.  Moreover, Plaintiff has suffered a loss in the value of its trademarks.

## GODADDY'S BUSINESS

22.   GoDaddy advertises and procures customers by offering "free parking" of a registrant's domain name.

23.   Under GoDaddy's "Parked Page Service", GoDaddy will park the registrant's page and place advertisements on the web page while GoDaddy is granted the right to collect and retain all revenue generated by the advertising. GoDaddy's registrant-customers do not share the revenue GoDaddy generates from parking their domain names.

24.   Conservatively, GoDaddy has more than 500,000 customers in the State of California and earns revenue in excess of $35 million per year from those customers.

25.   Defendant GoDaddy also utilizes a Cash Parking Program, to monetize parked domain names that are confusingly similar to distinctive, famous and valuable marks.  The Cash Parking Program is a service GoDaddy offers to its customers that permits domain registrants to pay a fee to allow GoDaddy, through its advertising partner, to place ads on the registrant's web

COMPLAINT

page.  The revenue generated through this advertising is then split between the registrant, GoDaddy, and GoDaddy's advertising partner.

26.   GoDaddy has submitted a United States Patent Application for "Systems and Methods for Filtering Online Advertising Trademarks".  The patent application recognizes the need for systems and methods to filter online advertisements containing third-party trademarks because an unscrupulous domain name registrant could attempt to gain financially by signing up for domain parking advertising using a trademarked domain name notwithstanding that the rightful trademark owners would not want their trademarks used by others to profit from their trademarks.  *Id.*, at [0007] and [0033].  The patent application reflects both GoDaddy's recognition of the need—and its ability— to protect against the very illegitimate activity and injury that it promotes and profits from.

27.   GoDaddy knew it was harming trademark holders, such as the Academy, by monetizing domains utilizing their marks.  In fact, GoDaddy provided an example of such harmful activity in its Patent Application.  Its example is virtually identical to the activities the Academy complains of here and details precisely why advertisements should not be placed on Deceptive Domains:

> [0033] In such situations, an unscrupulous domain name registrant may attempt to financially gain from using the trademarked domain name.  For example, he may sign up for one of the domain parking advertising methods discussed above.  If the trademark owner is one of the advertisers partaking in the advertising program (many major products and services providers are), the trademark owner's advertisements and links may appear when an Internet user accesses the domain name registrant's parked webpage.  Using the hypothetical example in the previous paragraph, if an Internet user accesses a parked webpage resolving from a domain name that includes a trademark (but is not owned or

-8-

controlled by the trademark owner--such as www.mygodaddy.com), the trademark owner and legitimate business entity's (GODADDY.COM) advertisements and links may appear. Legitimate trademark owners may not want their trademarks, advertisements, links, and websites used in such a manner because it allows others to profit from their trademarks. Such practices also may add credence or an air of legitimacy to any products or services offered on the domain name registrant's webpage.

[0034] For these reasons, systems and methods for filtering online advertisements containing third-party trademarks are needed.

Despite the foregoing, GoDaddy is committing the unscrupulous behavior described above to profit from The Academy's Distinctive & Valuable Marks.

28.     Pursuant to the agreements GoDaddy requires its registrant-customers to agree to, GoDaddy is the authorized licensee of the registrants for the purpose of placing advertisements for commercial gain on the registrants' webpages in both the Parked Page Service and the Cash Parking Program.

29.     GoDaddy, as the authorized licensee of the registrants, has licensed, monetized, used and/or trafficked in at least the following domain names in its Parked Page Service, with bad faith intent to profit from the Distinctive & Valuable Marks of the Academy:

- 2011THEOSCARS.COM
- 24HOURSATOSCARS.COM
- 24HOURSATTHEOSCARS.COM
- 2OSCARS.COM
- ALLOSCARWINNERS.COM
- BILLYCRYSTAL2012ACADEMYAWARDS.COM
- BILLYCRYSTAL2012OSCARS.COM
- NIGHTATOSCARS.COM
- OSCARGOODIEBAGS.COM

-9-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- OSCARIMAGES.COM
- OSCARMOMINEE.COM
- OSCARMOMINEES.COM
- OSCARMONLINE.COM
- OSCARREDCARPET.COM
- OSCARWINNERS2009.COM
- OSCARWINNERS2012.COM
- THEOSCARS2011.COM
- TWOOSCARS.COM
- 100OSCAR.COM
- 100THOSCAR.COM
- 100OSCARS.COM
- ACADEMYAWARD100.COM
- BESTPICTUREOSCARNOMINATIONS.COM
- BESTOSCARPARTYINTOWN.COM
- COMEDYOSCARS.COM
- IAMANOSCARWINNER.COM
- LETSTALKOSCARS.COM
- OSCAR2014LIVE.COM
- OSCAR2013LIVE.COM
- OSCAR2013LIVESTREAM.COM
- OSCARARTPRODUCTION.COM
- OSCARAWARD2013LIVE.COM
- OSCARAWARDS2013.COM
- OSCARHOSTS.COM
- OSCARLIVE2013.COM
- OSCARNOMINATEDMOVIES.COM
- OSCARPICTURES.COM
- OSCARS2013LIVE.COM
- OSCARSFILM.COM
- OSCARSNOBINATIONS.COM
- OSCARSWINNER.COM

COMPLAINT

1
- OSCARWEEK.COM

2
- OSCARWINNERS2009.COM
- OSCARWINNINGACTORS.COM

3
- OSCARWINNERS2012.COM

4
- WATCHOSCAR2013ONLINE.COM

5
- YOUTUBEOSCARS.COM

6
- ZBIGATTIACADEMYAWARDS.COM

7
- ACADEMYAWARDSWINNERSLIST.COM

8
- WATCHOSCARAWARDS2012ONLINE.COM

9
- WATCHACADEMYAWARDS2012ONLINE.COM
- OSCARNOMINATIONS2013.COM

10
- ONLINEOSCARS.COM

11
- OSCARACTOR.COM

12
- OSCARACTRESS.COM

13
- NOMINATEDBYOSCAR.COM

14
- NOMINATEDBYOSCAR.NET

15
- NOMINATEDBYOSCAR.ORG

16
- OSCARMOVIES.COM

17
- OSCARFILMSITESI.COM
- ONACADEMYAWARDS.COM

18
- ACADEMYAWARDEE.COM

19
- ACADEMYAWARDER.COM

20
- INDIEACADEMYAWARDS.COM

21
- MUSICACADEMYAWARD.COM

22
- ACADEMYAWARDS2015.COM

23
- OSCAR-MOVIE.COM

24
- OSCAR-MOVIE.INFO
- OSCAR-THEMOVIE.INFO

25
- OSCAR-O.COM

26
- OSCAR-O.INFO

27
- OSCAR-W.COM

28
- TOGETHERACADEMYAWARDS.COM

COMPLAINT

- ACADEMYAWARDSNOMINATION.COM
- AFRICANACADEMYAWARDS.COM
- OSCAR-PG.COM
- SAPPHIREACADEMYAWARDS.COM
- MILLIONAIREACADEMYAWARDS.COM
- MILLIONAIRESACADEMYAWARDS.COM
- ACADEMY-AWARDS.ORG
- ACADEMYAWARDSMOVIES.COM
- OSCAR-MOVIES.INFO
- WILDABOUTTHEACADEMYAWARDS.COM
- 2012ACADEMYAWARDS.COM
- 2013ACADEMYAWARDS.COM
- ACADEMYAWARDS2011WINNERS.COM
- ACADEMYAWARDS2012WINNERS.COM
- ALLOSCAR.COM
- LISTOFACADEMYAWARDWINNERS.COM
- OSCARBUZ.COM
- OSCARCAP.COM
- OSCARWINNINGMOVIES.COM
- ACADEMY-AWARDS-POOL.COM
- OSCAR-AWARDS-POOL.COM

Because there are so many infringing domain names, attached as Exhibits A-J are true and correct copies or screenshot exemplars from the list in paragraph 29.

30.    GoDaddy, as the authorized licensee of the registrants in the Cash Parking Program, has licensed, monetized, used and/or trafficked at least the following domain names, with bad intent to profit from the famous, Distinctive & Valuable Marks of the Academy:

- 2012ACADEMYAWARDS.COM
- 2013ACADEMYAWARDS.COM
- ACADEMYAWARDS2011WINNERS.COM

-12-

- ACADEMYAWARDS2012WINNERS.COM
- ALLOSCAR.COM
- LISTOFACADEMYAWARDWINNERS.COM
- MYOSCARORNOT.COM
- MYOSCARSORNOT.COM
- OSCARBUZ.COM
- OSCARCAP.COM
- OSCARWINNINGMOVIES.COM
- ACADEMY-AWARDS-POOL.COM
- OSCAR-AWARDS-POOL.COM

Attached as Exhibits K-N are a few screenshots of examples from the list in paragraph 30.

31.     As a direct and proximate result of Defendants' conduct alleged in this Complaint, the Academy has suffered injury to its business and property, suffered financial loss, been deprived of property, and has otherwise been damaged by Defendants' misconduct.  Plaintiff's losses include the time and expense of locating infringing pages parked with the Defendant, and the fees for legal actions taken with respect to those pages.  Plaintiff has also suffered lost value in its trademarks.

32.     Through its Cash Parking program, Defendant GoDaddy and the Registrants of the domains have conspired to make money through their concerted action in registering, monetizing and sharing revenue from parked domains that infringe the Academy's Distinctive & Valuable Marks.

33.     Defendant GoDaddy has engaged in acts in furtherance of their conspiracy, including but not limited to:

a.      Registering the domains listed in paragraph 29 and 30:

b.      Parking said domains and utilizing the parked domain to display revenue generating advertisements (monetized parked domain); and

-13-

c.    Sharing revenue generated from parked domains.

34.    Defendant GoDaddy has continued to permit the domain names listed in paragraphs 29 and 30 to be registered and parked, even though the Academy previously filed a virtually identical lawsuit against GoDaddy for this same conduct and has sent numerous cease-and-desist letters to GoDaddy, demanding that it stop "registering or using the Academy's trademarks, or any colorable imitations thereof, as domain names". The Academy sent the numerous cease-and-desist letters to GoDaddy, and its registrants between August 1, 2007, and February 5, 2010 and filed a lawsuit on May 14, 2010. Despite the foregoing, many of the domain names that were the subject of these cease-and-desist letters are strikingly similar or identical to the domain names that Defendant GoDaddy permitted to be registered and parked several years later. For example:

- On July 6, 2009, the Academy sent GoDaddy.com, Inc. a cease-and-desist letter for ACADEMYAWARDSDVD.COM. Despite that letter, Defendant GoDaddy later permitted OSCARDVD.COM to be registered and parked; and

- On February 21, 2008, October 10, 2008, July 6, 2009, July 22, 2009, and August 6, 2009, the Academy sent and GoDaddy.com, Inc. cease-and-desist letters for domain names that incorporated variations of Academy Awards with the term "winners." Despite those letters, Defendant GoDaddy later permitted ACADEMYAWARDS2011WINNERS to be registered and parked.

35.    Plaintiff has expended significant time and expense, including in connection with the retention of counsel and third party domain monitoring services, in identifying these infringing pages and sending the cease-and-desist letters. In addition, Defendants' illegal activities result in advertising related

-14-

to the Academy's marks being placed on numerous parked pages that have no actual relationship to the Academy, thereby causing dilution of Plaintiff's interest in legally protected trademarks.

## FIRST CLAIM FOR RELIEF

### (Violation of the Anticybersquatting Consumer Protection Act)

### (Against Defendant GoDaddy.com, Inc..)

36.    Plaintiff hereby repeats and re-alleges all of the preceding paragraphs as though fully set forth herein.

37.    Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth above.

38.    In 1999, Congress passed the Anticybersquatting Consumer Protection Act ("ACPA" or "Act"), 15 U.S.C.A. § 1125(d), to protect consumers and American businesses, to promote the growth of online commerce, and to provide clarity in the law for trademark owners.

39.    15 U.S.C. 1125(d) provides:

> **(d) Cyberpiracy prevention**
> (1)(A) A person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark under this section, if, without regard to the goods or services of the parties, that person—
>> (i)    has a bad faith intent to profit from that mark, including a personal name which is protected as a mark under this section; and
>> (ii)    registers, traffics in, or uses a domain name that—
>>> (I)    in the case of a mark that is distinctive at the time of registration of the domain name, is identical or confusingly similar to that mark;

(II)   in the case of a famous mark that is famous at the time of registration of the domain name, is identical or confusingly similar to or dilutive of that mark; or

(III)   is a trademark, word, or name protected by reason of section 706 of title 18 or section 220506 of title 36.

15 U.S.C. 1125 (d)(E) provides:

As used in this paragraph, the term "traffics in" refers to transactions that include, but are not limited to, sales, purchases, loans, pledges, licenses, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

40.   The ACPA applies not only to individuals and companies who register domain names, but also to: (1) registrants of the Deceptive Domains; (2) anyone who "uses" the domain name which is defined as the registrant or the "authorized licensee" of the registrants of the Deceptive Domains; and (3) anyone who "traffics in" Deceptive Domains, which refers to anyone involved in any transactions that include, but are not limited to, sales, purchases, loans, pledges, licenses, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration, whether or not the person is the registrant of the Deceptive Domain.

41.   The ACPA makes unlawful the use, licensing, pledging, trafficking in, or any other exchange of consideration for the use of the Deceptive Domain Names. Defendants' conduct in monetizing the infringing Deceptive Domains violates the Act.

42.   As alleged herein, GoDaddy has acted as the authorized licensee of the registrants and used the infringing Deceptive Domains in violation of the ACPA, with bad faith intent to profit from the Academy's Distinctive & Valuable Marks.

43.   GoDaddy's acts as alleged herein constitute the use of and trafficking in infringing Deceptive Domains, in violation of the ACPA with bad faith intent to profit from the Academy's Distinctive & Valuable Marks.

44.   GoDaddy's acts as alleged herein constitute cyberpiracy, cybersquatting, and/or typosquatting (a form of cybersquatting based on typographical errors users may make in entering domain names into a web browser), in violation of the ACPA.

45.   The Academy's Distinctive & Valuable Marks were distinctive, famous, venerable, valuable, and federally-registered before GoDaddy registered, trafficked in or acted as the authorized licensee of various registrants and used the Deceptive Domains.

46.   The infringing Deceptive Domains, including without limitation those identified in paragraphs 32 and 33 are identical or confusingly similar to the Academy's Distinctive & Valuable Marks.

47.   GoDaddy does not have any intellectual property rights or any other rights in the Academy's Distinctive & Valuable Marks.

48.   None of the infringing Deceptive Domains consist of the legal name of GoDaddy, or a name that is otherwise commonly used to identify GoDaddy.

49.   GoDaddy has never made any prior use of any of the infringing Deceptive Domains in connection with the *bona fide* offering of any goods or services.

50.   GoDaddy trafficked in and used the infringing Deceptive Domains to divert consumers from Plaintiff's websites to websites accessible from the infringing Deceptive Domains. GoDaddy thereby created a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the infringing Deceptive Domain websites.

51.   GoDaddy has used, trafficked in, and acted as registrant's

authorized licensee in the infringing Deceptive Domains which it knew were identical or confusingly similar to the protected and Distinctive & Valuable Marks of Plaintiff, which were distinctive at the time of the registration and continue to be distinctive.

52.    GoDaddy's trafficking in, and/or use, as the authorized licensee of the registrant, of the infringing Deceptive Domains constitutes cybersquatting in violation of 15 U.S.C. § 1125(d).

53.    By reason of GoDaddy's acts alleged herein, a remedy at law is not adequate to compensate plaintiff for the injuries inflicted by Defendants. Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

54.    By reason of Defendants' acts alleged herein, Plaintiff is entitled to recover GoDaddy's profits, actual damages and the costs of the action, or, on Plaintiff's election, statutory damages under 15 U.S.C. § 1117, in an amount up to $100,000 per domain name infringement.

## SECOND CLAIM FOR RELIEF
### (Violation of California Business & Professions Code
### Section 17200 et seq. -Unfair Conduct)
### (Against Defendant GoDaddy.com, Inc.)

55.    Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

56.    Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth above.  Those losses include the expense of locating infringing web pages and legal fees for issuing cease-and-desist letters.  Those losses also include dilution of Plaintiff's trademarks.

57.     GoDaddy's actions as alleged in this complaint constitute "unfair" conduct within the meaning of California Business and Professions Code sections 17200 *et seq.*

58.     GoDaddy's business practices, as alleged herein, are "unfair" because they offend established public policy and/or are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to business owners and commerce within the State of California.   GoDaddy's conduct is "unfair" because Defendants' use valuable property that does not belong to Defendants', without the owners' permission or consent, for Defendants' own commercial/economic gain.

59.     As a result of GoDaddy's "unfair" conduct, Plaintiff has been deprived of its property, had its property and goodwill diluted and diminished, suffered economic/financial loss, and was otherwise injured and damaged. As indicated above, those losses include costs associated with identifying infringing sites promulgated as a result of GoDaddy's illegal conduct, as well as dilution and diminution in value of Plaintiff's valuable and legally protected trademarks.

60.     The general public has been damaged by GoDaddy's unfair conduct by being confused and misdirected on the internet.

61.     GoDaddy's wrongful business practices alleged herein constituted, and continue to constitute, a continuing course of unfair competition since GoDaddy continues to generate revenue in a manner that offends public policy and/or in a fashion that is immoral, unethical, oppressive, unscrupulous and/or substantially injurious to its California businesses, commerce, competition and general public.

62.     Pursuant to Cal. Bus. & Prof. Code §17203, Plaintiff seeks an Order enjoining GoDaddy from continuing to engage in unlawful, unfair, and/or deceptive business practices and any other act prohibited by law,

1   including those acts set forth in this complaint.

2      63.   Plaintiff also seeks an order requiring GoDaddy to make full

3   restitution of all monies it has wrongfully obtained from Plaintiff, along with

4   all other relief allowable under Cal. Bus. & Prof. Code §17200 *et seq*.

5

6                   **THIRD CLAIM FOR RELIEF**

7        **(Violation of California Business & Professions**

8             **Code § 17200 et seq.-Unlawful Conduct)**

9             **(Against Defendant GoDaddy.com, Inc.)**

10     64.   Plaintiff realleges the preceding paragraphs as if fully set forth

11  herein and, to the extent necessary, pleads this cause of action in the

12  alternative.

13     65.   Plaintiff has standing to pursue this claim as Plaintiff has suffered

14  injury in fact and has lost money or property as a result of Defendants' actions

15  as set forth in detail above.

16     66.   GoDaddy's actions as alleged in this complaint constitute an

17  "unlawful" practice within the meaning of California Business and Professions

18  Code §17200 *et seq*. because GoDaddy's actions are "unfair" and violate both

19  federal statutory law and California statutory and common law.

20     67.   Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiff seeks an

21  Order enjoining GoDaddy from continuing to engage in unlawful business

22  practices, including those acts set forth in this complaint.

23     68.   Plaintiff seeks an order requiring GoDaddy to make full restitution

24  of all moneys it has wrongfully obtained from Plaintiff, along with all other

25  relief allowable under Cal. Bus. & Prof. Code §17200 *et seq*.

26

27

28

COMPLAINT

## FOURTH CLAIM FOR RELIEF

### (Contributory Cybersquatting)

### (Against Defendant GoDaddy.com, Inc.)

69.    Plaintiff realleges the preceding paragraphs as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

70.    Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of GoDaddy's actions as set forth in detail above and below.

71.    Defendant GoDaddy.com, Inc. provides a service – the Cash Parking Program – that registrants can and do use to unlawfully monetize domain names that contain trademarks, including the Academy's trademarks. GoDaddy.com, Inc. exercises control over the Cash Parking Program, and it knows or should know that the Cash Parking Program is being used to infringe upon trademarks, including the Academy's trademarks.

72.    Defendant GoDaddy.com, Inc. encourages registrants to use the Cash Parking Program to engage in trademark infringement.   In fact, Defendant GoDaddy.com, Inc. even provides domain name registrants with lists of infringing domain names that are available for registration and parking. For example, if one were to search for the domain OSCARS.COM on GoDaddy.com, Inc.'s website, GoDaddy.com, Inc. would notify the customer that that domain is taken but would suggest several other domains that include the OSCARS mark.  Even though it could do so, GoDaddy.com, Inc. has put into place no mechanisms to prevent trademarked domain names from being entered into the Cash Parking Program.

# PRAYER FOR RELIEF

WHEREFORE, the Academy prays for relief as follows:

a.      The Court enter a judgment that Defendants have violated the rights of the Academy in the Academy's Distinctive & Valuable Marks.

b.      The Court adjudge and decree that GoDaddy, its agents, representatives, employees, assigns and suppliers, and all persons acting in concert or privity with GoDaddy, be preliminarily and permanently enjoined from the following activities:

       1.   Registering, using, or trafficking in any manner, in any domain name that incorporates, in whole or in part, the Academy's Distinctive & Valuable Marks or any name, mark or designation confusingly similar thereto ("Deceptive Domains");

       2.   Using the Academy's Distinctive & Valuable Marks, or any other name, mark, designation or depiction in a manner that is likely to cause confusion regarding whether Defendant is affiliated or associated with or sponsored by Plaintiff;

       3.   Registering any domain name using an automated process that is intended to create (or which could result in the creation of) Deceptive Domains;

       4.   Engaging in typosquatting;

       5.   Engaging in cybersquatting;

       6.   Engaging in cyberpiracy;

       7.   Engaging in contributory cybersquatting;

       8.   Assisting, conspiring with, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

c.      The Court award statutory damages under 15 U.S.C. § 1117(d), on

election of Plaintiff, in an amount of One Hundred Thousand Dollars ($100,000.00) per domain name infringement;

    d.    The Court adjudge and decree that GoDaddy be ordered to pay the Academy's reasonable attorney fees, prejudgment interest, and costs of this action;

    e.    That, with respect to state statutory law claim,

    1.    the GoDaddy be permanently enjoined and restrained from, in any manner, directly or indirectly, continuing, maintaining, or engaging in the unfair, unlawful, and/or deceptive practices alleged herein;

    2.    That Plaintiff be awarded full restitution of money Defendants have unlawfully obtained, as well as compensatory damages and/or all other available monetary and equitable remedies;

    3.    That Plaintiff be awarded both pre-and post-judgment interest at the maximum allowable rate on any amounts awarded;

    4.    That Plaintiff recover its costs of suit, including reasonable attorneys' fees as provided by law; and

    f.    That Plaintiff be awarded such other and further relief as may be necessary and appropriate.

Dated: Nov. 15, 2013

BOIES, SCHILLER & FLEXNER LLP

FOOTE MIELKE CHAVEZ & O'NEIL LLC

LEE TRAN LIANG & WANG LLP

*Counsel for Plaintiff* ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

-23-

# EXHIBIT A

**NOTICE: This domain name expired on 11/28/2011 and is pending renewal or deletion.**



**WELCOME TO:** 2011theoscars.com

Domains, websites & **every**thing™ in between!®

SEARCH

**Is this your domain?**
Renew Now

GO

Ads

**Discount Vera Wang Gowns**  www.bridepower.com/Vera-Wang
50-75% Off Vera Wang Bridal Gowns. Make an Appointment & Save Today!

**Cardprinting.us**  CardPrinting.us/Card_Printing
Industry Leader, Quality & Service As Low As $.04 to $.06 Per Card

**Looking for an Investor?**  GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Publishers: New Revenue**  LiveRamp.com
Gain a New Revenue Stream and Increase Ad CPM's with LiveRamp.

**Oscar de la Renta**  www.OscardelaRenta.com
Shop 40% Off On Select Items Explore Holiday Gift Store

**Anokhi Cotton Clothing**  www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Oscar Party Supplies**  www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

**The HBO Luxury Lounge** ®  www.mediaplacement.net
Hollywood's #1 gift suite Emmy's, Golden Globes 818 729-9990

**Alice + Olivia Dress Sale**  DesignerApparel.com/AliceandOlivia
40-70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

**Vintage Inspired Dresses**  ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.









We do the negotiating. You get the domain.
Let us help you get the name you really want, even if it's already taken.

**DOMAIN BUY SERVICE**

This Web page is parked for FREE, courtesy of **GoDaddy.com**

Shop GoDaddy.com NOW and get
**25% OFF!**
Good on your order of $60 or more*

Search for your domain now    .com    GO

> Website builders        > Fax Thru Email
> Hosting SALE!           > Web design services
> Shopping carts          > Search engine tools
> Website security        > Website analytics
> Spam-protected email

**Shop Now**

What's Bob saying now?  The SECRETS to finding
and hiring GREAT employees.
+ 2 Smoking-Hot Go Daddy Girls!
> Watch now

This Web page is parked FREE, courtesy of **GoDaddy.com**

Visit GoDaddy.com for the best values on:
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®



AMPAS 006943

**NOTICE: This domain name expired on 11/28/2011 and is pending renewal or deletion.**



**WELCOME TO:** 2011theoscars.com

| | SEARCH |

**Is this your domain?**
Renew Now

GO

**Ads**

**Discount Vera Wang Gowns**  www.bridepower.com/Vera-Wang
50-75% Off Vera Wang Bridal Gowns. Make an Appointment & Save Today!

**Oscar de la Renta Gloves**  www.OscardelaRenta.com/Gloves
Browse Limited Edition Gloves At The Official Oscar Site

**Looking for an Investor?**  GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Alice + Olivia at NM**  www.NeimanMarcus.com/Alice+Olivia
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**All Dresses All the Time**  ModCloth.com
Tired of mall shopping? Browse over 400+ fun, flirty & unique dresses!

**Elie Tahari Dresses**  www.Bloomingdales.com
Save 25-40% on Great Styles & Get Free Shipping. Shop Bloomingdale's!

**The HBO Luxury Lounge ®**  www.mediaplacement.net
Hollywood's #1 gift suite Emmy's, Golden Globes 818 729-9990

**Anokhi Cotton Clothing**  www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Wedding Dresses**  Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Oscar Party Supplies**  www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

**We do the negotiating. You get the domain.**
Let us help you get the name you really want, even if it's already taken.

DOMAIN BUY SERVICE



This Web page is parked for FREE, courtesy of **GoDaddy.com**

**Shop GoDaddy.com NOW and get**
# 25% OFF!
Good on your order of $60 or more*

| Search for your domain now | .com | GO |

› Website builders        › Fax Thru Email
› Hosting SALE›            › Web design services
› Shopping carts           › Search engine tools
› Website security         › Website analytics
› Spam-protected email

Shop Now

**What's Bob saying now?** The SECRETS to finding
and hiring GREAT employees.
BOB PARSONS ® + 2 Smoking-Hot Go Daddy Girls!
CEO & Founder of GoDaddy.com
› Watch now

Get a FREE domain†
when you complete one of these valuable offers!
*Powered by TrialPay*        Get your FREE domain now!

BIDville  WHERE EVERYONE'S A  **WINNER!**  You'll Have A Blast!

This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN
ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations,
memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity
services, Go Daddy branded merchandise or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion, or in connection with special
partnership discount programs. After the initial purchase term, discounted products purchased with special offer discounts will renew at the then-current renewal list price.
Offer ends Sept 30, 2012 5:00 pm (MST).

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved.  Privacy Policy

AMPAS 006944

# EXHIBIT B



 **WELCOME TO:** alloscarwinners.com

Is this your domain?
Add hosting, email and more. 

**Ads**

Want to buy this domain? Our Domain Buy Service can help you get it.



**Cardprinting.us**   CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Vera Wang Wedding Gowns**   Vera-Wang.BridePower.com
Save 50-75% on Vera Wang gowns. Make an appointment & save today!

**Looking for an Investor?**   GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Alice + Olivia at NM**   www.NeimanMarcus.com/Alice+Clivia
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**All Dresses All the Time**   ModCloth.com
Tired of mall shopping? Browse over 400+ fun, flirty & unique cresses!

**Alice + Olivia Dress Sale**   DesignerApparel.com/AliceandOlivia
40-70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

**Anokhi Cotton Clothing**   www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**2012 Online Oscar Pool**   www.theoscarpool.com
The Fastest growing Oscar Pool The 17th Annual Online Oscar Pool

**Oscar Party Supplies**   www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

 



This Web page is parked FREE, courtesy of **GoDaddy.com**

Visit GoDaddy.com for the best values on:
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations,
memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 006961



**WELCOME TO:** alloscarwinners.com

[ SEARCH ]     **SEARCH**

**Is this your domain?**
Add hosting, email and more.    **GO**

Want to buy this domain? Our Domain Buy Service can help you get it.

**Ads**



**Overstock Wedding Gowns**   www.bridepower.com
Huge Selection of Designer Gowns Make an Appointment at VOWS today!

**Nanette Lepore at NM**   www.NeimanMarcus.com/NanetteLepore
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**Netflix © Official Site**   netflix.com
Watch Movies & TV Shows Online! Browse 20,000+ Titles. Free Trial.

**Kate Spade Dresses**   www.Bloomingdales.com
Shop for Kate Spade Dresses at Bloomingdale's Today. Shop Now

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Canon Project Imagination**   www.youtube.com/Imagination
Get The Inside Scoop w/ The Making of Canon's Photo Contest Short Film

**Looking for an Investor?**   GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Shop Y-3 for Men & Women**   ssense.com/Y-3
Free Shipping on orders over $200. Shop Y-3 online now!

**Anokhi Cotton Clothing**   www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Top 10 Women Dresses**   ShopCompare.netWomen-Dresses
that Make you Look Gorgeous Compare & find lowest prices online





**Get a FREE domain†** when you complete one of these valuable offers!
Powered by TrialPay®     Get your FREE domain now!

**WHERE EVERYONE'S A WINNER!**   You'll Have A Blast!

This Web page is parked for FREE, courtesy of **GoDaddy.com**

**Shop GoDaddy.com NOW and get**
# 25% OFF!
Good on your order of $60 or more*

[ Search for your domain now ]  .com  ▼   **GO**

> Website builders          > Fax Thru Email
> Hosting **SALE**          > Web design services
> Shopping carts            > Search engine tools
> Website security          > Website analytics
> Spam-protected email

**Shop Now**

**What's Bob saying now?**   The SECRETS to finding and hiring GREAT employees. + 2 Smoking-Hot Go Daddy Girls!
**BOB PARSONS**
CEO & Founder of GoDaddy.com
> Watch now



This Web page is parked FREE, courtesy of **GoDaddy.com**

**ICANN**

Visit GoDaddy.com for the best values on:
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity services, Go Daddy branded merchandise or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion, or in connection with special partnership discount programs. After the initial purchase term, discounted products purchased with special offer discounts will renew at the then-current renewal list price.
Offer ends Sept 30, 2012 5:00 pm (MST).

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved. Privacy Policy

# EXHIBIT C



**WELCOME TO:** billycrystal2012academyawards.com



**SEARCH**



**Is this your domain?**
Add hosting, email and more.

**GO**

**Ads**

**Cardprinting.us**  CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Overstock Wedding Gowns**  www.bridepower.com
50 - 75% Off Wedding Dresses Make an Appointment at Vows today!

**Looking for an Investor?**  GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Nanette Lepore at NM**  www.NeimanMarcus.com/NanetteLepore
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**2012 Online Oscar Pool**  www.theoscarpool.com
The Fastest growing Oscar Pool The 17th Annual Online Oscar Pool

**Vintage Inspired Dresses**  ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**Netflix © Official Site**  netflix.com
Watch Movies & TV Shows Online! Browse 20,000+ Titles. Free Trial.

**Win Up To $2000 With KILZ**  facebook.com/KILZbrand
One Grand Prize Winner Will Receive $2,000 For Projects. "Like" Us Now!

**Anokhi Cotton Clothing**  www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Wedding Dresses**  Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings



**Get a FREE domain†**
when you complete one of these valuable offers!
*Powered by TrialPay®*



Get your FREE domain now!



Want to buy this domain? Our <u>Domain Buy Service</u> can help you get it.



This Web page is parked FREE, courtesy of **GoDaddy.com**

Visit GoDaddy.com for the best values on:

Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 006963



**WELCOME TO:** billycrystal2012academyawards.com

**Is this your domain?**
Add hosting, email and more.

GO

**SEARCH**

Want to buy this domain? Our Domain Buy Service can help you get it.

## Ads

**Vera Wang Wedding Gowns**   Vera-Wang.BridePower.com
Save 50-75% on Vera Wang gowns. Make an appointment & save today!

**Alice + Olivia at NM**   www.NeimanMarcus.com/Alice+Olivia
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**Netflix © Official Site**   netflix.com
Watch Movies & TV Shows Online! Browse 20,000+ Titles. Free Trial.

**Win Up To $2000 With KILZ**   facebook.com/KILZbrand
One Grand Prize Winner Will Receive $2,000 For Projects. "Like" Us Now!

**All Dresses All the Time**   ModCloth.com
Tired of mall shopping? Browse over 400+ fun, flirty & unique dresses!

**Designer Dress Solution**   www.Tide.com/Boost
Try the In-Wash Booster by Tide®. Remove Tough Stains the 1st Time!

**Canon Short Film Trailer**   www.youtube.com/Imagination
View The Trailer & Go Behind The Scenes of Project Imagination Film

**Kate Spade Dresses**   www.Bloomingdales.com
Save 25-40% on Great Handbags & Get Free Shipping. Shop Bloomingdale's!

**2012 Online Oscar Pool**   www.theoscarpool.com
The Fastest growing Oscar Pool The 17th Annual Online Oscar Pool

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings




Get a FREE domain† when you complete one of these valuable offers!
Powered by TrialPay®
Get your FREE domain now!



WHERE EVERYONE'S A **WINNER!**   You'll Have A Blast!

This Web page is parked for FREE, courtesy of **GoDaddy.com**

## Shop GoDaddy.com NOW and get
# 25% OFF!
Good on your order of $60 or more*

Search for your domain now   .com   GO

› Website builders          › Fax Thru Email
› Hosting **SALE**          › Web design services
› Shopping carts            › Search engine tools
› Website security          › Website analytics
› Spam-protected email

Shop Now



**What's Bob saying now?** The SECRETS to finding and hiring GREAT employees. + 2 Smoking-Hot Go Daddy Girls!
**BOB PARSONS®** CEO & Founder of GoDaddy.com   › Watch now

This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN

Visit GoDaddy.com for the best values on:
Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity services, Go Daddy branded merchandise or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion, or in connection with special partnership discount programs. After the initial purchase term, discounted products purchased with special offer discounts will renew at the then-current renewal list price.
Offer ends Sept 30, 2012 6:00 pm (MST).

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved.   Privacy Policy

AMPAS 006964

# EXHIBIT D



**WELCOME TO:** billycrystal2012oscars.com

**SEARCH**

**Is this your domain?**
Add hosting, email and more.

**GO**

**Ads**

**Cardprinting.us**   CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Vera Wang Wedding Gowns**   Vera-Wang.BridePower.com
Save 50-75% on Vera Wang gowns. Make an appointment & save today!

**Looking for an Investor?**   GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Alice + Olivia Dress Sale**   DesignerApparel.com/AliceandOlivia
40-70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

**Vintage Inspired Dresses**   ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**Alice + Olivia at NM**   www.NeimanMarcus.com/Alice+Clivia
Shop the latest designer apparel, shoes & more at NeimanMarcus.corn.

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Elie Tahari Dresses**   www.Bloomingdales.com
Shop at Bloomingdales.com Today for Designer Apparel & Accessories!

**Keep Designer Dresses New**   www.Tide.com/Boost
Try the In-Wash Booster by Tide®. Remove Tough Stains the 1st Time!

**Win Up To $2000 With KILZ**   facebook.com/KILZbrand
One Grand Prize Winner Will Receive $2,000 For Projects. "Like" Us Now!

**Want to buy this domain?** Our Domain Buy Service can help you get it.




**Get a FREE domain†**
when you complete one of these valuable offers!
*Powered by TrialPay®*

Get your FREE domain now!



**This Web page is parked FREE, courtesy of GoDaddy.com**   ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity



**WELCOME TO:** billycrystal2012oscars.com

**Is this your domain?**
Add hosting, email and more.

GO

Want to buy this domain? Our Domain Buy Service can help you get it.



**Ads**

**Vera Wang Wedding Gowns**   Vera-Wang.BridePower.com
Save 50-75% on Vera Wang gowns. Make an appointment & save today!

**Elie Tahari Dresses**   www.Bloomingdales.com
Shop at Bloomingdales.com Today for Designer Apparel & Accessories!

**Nanette Lepore at NM**   www.NeimanMarcus.com/NanetteLepore
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**Vintage Inspired Dresses**   ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**Dresses at JCPenney**   JCPenney.com/Dresses
Shop at JCPenney for Great Deals on Stylish Dresses from Top Brands.

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Alice + Olivia Dress Sale**   DesignerApparel.com/AliceandOlivia
40-70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

**Buy Mark & James Online**   www.FourLA.com
Buy Discounted Mark & James Mark and James by Badgley Mischka

**Win Up To $2000 With KILZ**   facebook.com/KILZbrand
One Grand Prize Winner Will Receive $2,000 For Projects. "Like" Us Now!

**Women's clothing**   www.eShakti.com
Casuals. From size 0 to size 26W. Custom sizes & custom styles too.







This Web page is parked FREE, courtesy of **GoDaddy.com**

**Shop GoDaddy.com NOW and get**

# 25% OFF!

Good on your order of $60 or more*

Search for your domain now   .com   GO

› Website builders        › Fax Thru Email
› Hosting SALE+           › Web design services
› Shopping carts          › Search engine tools
› Website security        › Website analytics
› Spam-protected email

Shop Now

**What's Bob saying now?** The SECRETS to finding
and hiring GREAT employees.
+ 2 Smoking-Hot Go Daddy Girls!
› Watch now



This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN
ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity services, Go Daddy branded merchandise or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion, or in connection with special partnership discount programs. After the initial purchase term, discounted products purchased with special offer discounts will renew at the then-current renewal list price.
Offer ends Sept 30, 2012 5:00 pm (MST).

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved.   Privacy Policy

AMPAS 006966

# EXHIBIT E



**WELCOME TO:** oscarmominee.com

 

**Is this your domain?**
Add hosting, email and more.   **GO**

**Ads**

**Want to buy this domain?** Our Domain Buy Service can help you get it.

**Cardprinting.us**  CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Vera Wang Wedding Gowns**  Vera-Wang.BridePower.com
Save 50-75% on Vera Wang gowns. Make an appointment & save today!

**Acting and Modeling**  www.iGotTalentNow.com
Live Your Dream as an Actor & Model We Offer Guidance and Exposure!

**Watch Free Movies Now**  epixhd.com
Try Epix HD Free Trial & Instantly Start Watching 1000s of Movies!

**Looking for an Investor?**  GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**Netflix © Official Site**  netflix.com
Watch Movies & TV Shows Online! Browse 20,000+ Titles. Free Trial.

**Vintage Inspired Dresses**  ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**Wedding Dresses**  Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Anokhi Cotton Clothing**  www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Alice + Olivia Dress Sale**  DesignerApparel.com/AliceandOlivia
40-70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

 

**Get a FREE domain†**
when you complete one of these valuable offers!
Powered by TrialPay®   Get your FREE domain now!





**This Web page is parked FREE, courtesy of GoDaddy.com**   ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 006983

# EXHIBIT F



Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved.

+ New .COMs $7.49/yr plus 18 cents/yr ICANN fee. Discount based on new one-year registration prices as of 4/8/2011 with sale price reflected in your shopping cart at checkout. Discount applies to new registrations and renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price after the initial term has expired. Offer ends May 31, 2012 5:00 pm (MST).

* Plus ICANN fee of 18 cents per domain name year.

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG.

AMPAS 006985



## Welcome to oscarmominees.com
This Web page is parked **FREE**, courtesy of GoDaddy.com

24/7 Sales & Support **(480) 505-8877**
Deals of the Day

**Is this your domain?**   Add hosting, email and more!   Want to buy this domain? Let us help!

Domains  Hosting  Email  Websites  Search Engines  SSL & Security  Auctions  Resellers  Affiliates  My Account

New .COMs ~~$11.99~~ $7.49⁺

.com  GO

Domains for just **$1.99***  |  .COM Transfers **$7.49***  |  Save on 6+ Domains **Plus FREE Privacy**  |  Domains Include **FREE InstantPage**

Danica Patrick,
Racing Star,
Go Daddy Girl*
and Customer

Get the domain you really want with a .CO
Perfect for individuals, businesses and organizations. GO!

**WEBSITES $5** FOR LESS THAN per month!
**Point. Click. Design.**
Building your own website is easier than you think with WebSite Tonight®.
As low as $5.99/mo.
▸ Learn more

**WEB HOSTING YOU CAN TRUST**
Our secure, reliable 4th generation Web hosting plans feature unlimited bandwidth, free software and expert 24/7 support. **As low as $4.99/mo.**
▸ Learn more    4GH

**SSL CERTIFICATES**
**Secure your website.**
Build customer confidence and secure site transactions with SSL Certificates from the world's #1 provider.
▸ Learn more

**BOB PARSONS**
**What's Bob saying now?**
The SECRETS to finding and hiring GREAT employees.
+ 2 Smoking-Hot Go Daddy Girls!
▸ Watch Now

**Get a FREE domain†** when you complete one of these valuable offers!
Powered by TrialPay        Get your free domain now.

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved.

+ New .COMs $7.49/yr plus 18 cents/yr ICANN fee. Discount based on new one-year registration prices as of 4/6/2011 with sale price reflected in your shopping cart at checkout. Discount applies to new registrations and renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price after the initial term has expired. Offer ends May 31, 2012 5:00 pm (MST).

* Plus ICANN fee of 18 cents per domain name year.

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG.

AMPAS 006986

# EXHIBIT G



**WELCOME TO:** oscarredcarpet.com

Domains, websites & **everything** in between!®

SEARCH

**Is this your domain?** Add hosting, email and more.

GO

**Ads**

**Cardprinting.us** CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Oscar de la Renta Dress** www.OscardelaRenta.com/Dress
Red Cocktail Dresses Are 40% Off At The Official Oscar Site

**The VS Fashion Show 2011** www.VictoriasSecret.com
Shop the Runway Collection. Victoria's Secret Official Site.

**Vintage Inspired Dresses** ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**Anokhi Cotton Clothing** www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Looking for an Investor?** GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**FOSSIL® Free Shipping** www.fossil.com
Stocking Stuffers & FOSSIL Watches. Free Overnight Shipping!

**Top 10 Women Dresses** ShopCompare.net/Women-Dresses
that Make you Look Gorgeous Compare & find lowest prices online

**Buy Ysl Up to 40% off** Bluefly.com/YSL
Incredible Deals for a Limited Time Exclusive Bluefly® Event. Shop Now!

**African Inspired Apparel** www.busayonyc.com
Shop for Unique Dresses and Skirts for work and play.

**Want to buy this domain?** Our Domain Buy Service can help you get it.





Get a FREE domain†
when you complete one of these valuable offers!
Powered by TrialPay®
Get your FREE domain now!


WHERE EVERYONE'S A WINNER! You'll Have A Blast!
BIDville

This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**

Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 006991

# EXHIBIT H

 

**WELCOME TO:** oscarwinners2009.com

Domains, websites & **everything** in between!®

[ SEARCH ]

**Is this your domain?**
Add hosting, email and more.   [ GO ]

**Ads**

**Cardprinting.us**   CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Looking for an Investor?**   GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**All Dresses All the Time**   ModCloth.com
Tired of mall shopping? Browse over 400+ fun, flirty & unique dresses!

**Netflix © Official Site**   netflix.com
Watch Movies & TV Shows Online! Browse 20,000+ Titles. Free Trial.

**Anokhi Cotton Clothing**   www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Alice + Olivia Dress Sale**   DesignerApparel.com/AliceandOlivia
40 70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

**Oscar Party Supplies**   www.windcitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

**Kate Spade Dresses**   www.Bloomingdales.com
Save 25-40% on Great Handbags & Get Free Shipping. Shop Bloomingdale's!

**2012 Online Oscar Pool**   www.theoscarpool.com
The Fastest growing Oscar Pool The 17th Annual Online Oscar Pool

 
 

**Want to buy this domain?** Our Domain Buy Service can help you get it.



This Web page is parked for FREE, courtesy of **GoDaddy.com**

Shop GoDaddy.com NOW and get
# 25% OFF!
Good on your order of $60 or more*

Search for your domain now   .com   [ GO ]

> Website builders       > Fax Thru Email
> Hosting SALE●         > Web design services
> Shopping carts         > Search engine tools
> Website security        > Website analytics
> Spam-protected email

**Shop Now**

**What's Bob saying now?** BOB PARSONS® CEO & Founder of GoDaddy.com — The SECRETS to finding and hiring GREAT employees. + 2 Smoking-Hot Go Daddy Girls!   > Watch now

This Web page is parked FREE, courtesy of **GoDaddy.com**   ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**

Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 006995



**WELCOME TO:** oscarwinners2009.com

SEARCH

**Is this your domain?**
Add hosting, email and more.

GO

**Want to buy this domain?** Our Domain Buy Service can help you get it.

**Ads**

**Vera Wang Wedding Gowns**   Vera-Wang.BridePower.com
Save 50-75% on Vera Wang gowns. Make an appointment & save today!

**Watch Free Movies Now**   epixhd.com
Try Epix HD Free Trial & Instantly Start Watching 1000s of Movies!

**Canon Project Imagination**   www.youtube.com/imagination
Go Behind The Scenes w/ Ron Howard. View Winning Photos, Videos & Blogs

**Kate Spade Dresses**   www.Bloomingdales.com
Save 25-40% on Great Handbags & Get Free Shipping. Shop Bloomingdale's!

**Looking for an Investor?**   GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**All Dresses All the Time**   ModCloth.com
Tired of mall shopping? Browse over 400+ fun, flirty & unique dresses!

**Netflix © Official Site**   netflix.com
Watch Movies & TV Shows Online! Browse 20,000+ Titles. Free Trial.

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Tadashi Dresses on Sale**   DesignerApparel.com/TadashiDresses
Save 40-70% on Tadashi Dresses! All the Sales, All in One Place.

**Dresses at JCPenney**   JCPenney.com/Dresses
Shop at JCPenney for Great Deals on Stylish Dresses from Top Brands.









This Web page is parked FREE, courtesy of **GoDaddy.com**

**Shop GoDaddy.com NOW and get**

# 25% OFF!

Good on your order of $60 or more*

Search for your domain now   .com   GO

› Website builders          › Fax Thru Email
› Hosting **SALE**          › Web design services
› Shopping carts            › Search engine tools
› Website security          › Website analytics
› Spam-protected email

Shop Now

**What's Bob saying now?**   The SECRETS to finding and hiring GREAT employees. + 2 Smoking-Hot Go Daddy Girls!

BOB PARSONS

› Watch now

This Web page is parked FREE, courtesy of **GoDaddy.com**

**Visit GoDaddy.com for the best values on:**
Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity services, Go Daddy branded merchandise or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion, or in connection with special partnership discount programs. After the initial purchase term, discounted products purchased with special offer discounts will renew at the then-current renewal list price.

Offer ends Sept 30, 2012 5:00 pm (MST).

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved.   Privacy Policy

AMPAS 006996

# EXHIBIT I



**WELCOME TO:** oscarwinners2012.com

 

Domains, websites & **everything®** in between!®

**Is this your domain?**
Add hosting, email and more. **GO**

**Ads**

**Cardprinting.us**  CardPrinting.us/Card_Printing
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card

**Anokhi Fashion**  www.timbuktucraft.com
100% Cotton,Hand Block Printed Clothing For Women.Order Today!

**Looking for an Investor?**  GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why

**PR Trends 2012**  blog.mynewsdesk.com
Find out the PR, Communication, and Marketing trends for 2012

**All Dresses All the Time**  ModCloth.com
Tired of mall shopping? Browse over 400+ fun, flirty & unique dresses!

**Wedding Dresses**  Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Top 10 Women Dresses**  ShopCompare.net/Women-Dresses
that Make you Look Gorgeous Compare & find lowest prices online

**Oscar Party Supplies**  www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

**Alice + Olivia Dress Sale**  DesignerApparel.com/AliceandOlivia
40-70% Off Alice + Olivia Dresses! All the Sales, All in One Place.

**Kate Spade Dresses**  www.Bloomingdales.com
Save 25-40% on Great Handbags & Get Free Shipping. Shop Bloomingdale's!

 



**Want to buy this domain?** Our Domain Buy Service can help you get it.



This Web page is parked FREE, courtesy of **GoDaddy.com**

**Visit GoDaddy.com for the best values on:**

Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 006997





**WELCOME TO:** oscarwinners2012.com

SEARCH

**Is this your domain?**
Add hosting, email and more.

GO

Want to buy this domain? Our Domain Buy Service can help you get it.

**Ads**

**Anokhi Fashion**   www.timbuktucraft.com
100% Cotton,Hand Block Printed Clothing For Women.Order Today!

**PR Trends 2012**   blog.mynewsdesk.com
Find out the PR, Communication, and Marketing trends for 2012

**Kate Spade Dresses**   www.Bloomingdales.com
Save 25-40% on Great Handbags & Get Free Shipping. Shop Bloomingdale's!

**Vintage Inspired Dresses**   ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**2012 Explorer**   WatertownFord.com
Huge Selection & Amazing Prices. Call Us Today! 866-687-4498

**Wedding Dresses**   Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Shop Y-3 for Men & Women**   ssense.com/Y-3
Free Shipping on orders over $200. Shop Y-3 online now!

**2012 Economic Meltdown?**   www.newsmax.com
Renowned economist issues urgent 'Aftershock' warning.

**Tadashi Dresses on Sale**   DesignerApparel.com/TadashiDresses
Save 40-70% on Tadashi Dresses! All the Sales, All in One Place.

**Looking for an Investor?**   GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why





This Web Page is parked for FREE, courtesy of **GoDaddy.com**

**Shop GoDaddy.com NOW and get**
# 25% OFF!
Good on your order of $60 or more*

Search for your domain now     .com     GO

› Website builders         › Fax Thru Email
› Hosting  SALE›            › Web design services
› Shopping carts           › Search engine tools
› Website security         › Website analytics
› Spam-protected email

Shop Now

**What's Bob saying now?**   The SECRETS to finding and hiring GREAT employees. + 2 Smoking-Hot Go Daddy Girls!
BOB PARSONS®
› Watch now

Get a FREE domain†
when you complete one of these valuable offers!
Powered by TrialPay®
Get your FREE domain now!

WHERE EVERYONE'S A
WINNER!   You'll Have A Blast!

This Web page is parked FREE, courtesy of **GoDaddy.com**

**Visit GoDaddy.com for the best values on:**
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®



*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity services, Go Daddy branded merchandise or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion, or in connection with special partnership discount programs. After the initial purchase term, discounted products purchased with special offer discounts will renew at the then-current renewal list price.
Offer ends Sept 30, 2012 5:00 pm (MST).

† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG

Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved. Privacy Policy

AMPAS 006998

# EXHIBIT J



**WELCOME TO:** theoscars2011.com

 

**Is this your domain?**
Add hosting, email and more.

**GO**

**Ads**

**Cardprinting.us**  www.CardPrinting.us
Quality Plastic and Paper Cards Industry Leader; Service & Quality

**Overstock Wedding Gowns**  www.bridepower.com
50 - 75% Off Wedding Dresses Make an Appointment at Vows today!

**Oscar de la Renta**  www.OscardelaRenta.com
Collections Are Now 40% Off For A Limited Time Only

**Looking for an Investor?**  GoBigNetwork.com/Funding
20,000+ Investors Looking for Deals 250,000 Startups Use Us- See Why

**Nanette Lepore at NM**  www.NeimanMarcus.com/NanetteLepore
Shop the latest designer apparel, shoes & more at NeimanMarcus.com.

**The HBO Luxury Lounge ®**  www.mediaplacement.net
Hollywood's #1 gift suite Emmy's, Golden Globes 818 729-9950

**Vintage Inspired Dresses**  ModCloth.com
Shop ModCloth's stylish collection of cute dresses from hip designers.

**Anokhi Cotton Clothing**  www.timbuktucraft.com
100 % Cotton Dresses and Separates Handprinted in Jaipur, India

**Wedding Dresses**  Weddings.DexKnows.com/Dresses
Affordable wedding dresses in your area at DexKnows Weddings

**Top 10 Women Dresses**  ShopCompare.net/Women-Dresses
that Make you Look Gorgeous Compare & find lowest prices online

**Want to buy this domain?** Our Domain Buy Service can help you get it.



 
Get a FREE domain†
when you complete one of these valuable offers!
Powered by TrialPay®
Get your FREE domain now!


WHERE EVERYONE'S A
**WINNER!**
You'll Have A Blast!

**This Web page is parked FREE, courtesy of GoDaddy.com**

**ICANN** ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See product catalog

Go Daddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  Go Daddy Girls®

*Not applicable to ICANN fees, taxes, shipping and handling, sale priced domains and transfers, bulk domains and transfers, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, additional email addresses, additional AdSpace advertising funds, Managed Hosting, custom page layouts, brand identity

AMPAS 007001

# EXHIBIT K

# 2012ACADEMYAWARDS.COM

**Ads**

**Junior Colleges Near You**
Learn About Cost, Courses & More For Local Junior Colleges
www.CampusExplorer.com

**College for Nursing**
Online Nursing Degree at APU. Classes Start Monthly. Enroll Now.
www.APUS.edu/Nursing

**Online Courses at DeVry**
Online Courses at 5 Specialized Online Colleges. Get More Info.
www.DeVry.edu

**University of Phoenix®**
Official Site. Online and Campus College Degrees. Get Started Today.
Phoenix.edu

**ITT Technical Institute**
130 Locations & IT Programs Official Site. Get Free Brochure!
www.ITT-Tech.edu

**Accounting Degree Program**
AIU is Now Accepting 2012 Students. 100% Online-Apply Now & Start 1/2.
www.AIUSchools.com/Accounting

**Online Nursing College**
Prepare For A Brighter Future Today Must Have Your RN To Enroll
www.StevensHenager.edu

**Become a Social Worker**
Interested in Being Social Worker? Find Programs & Get Info Now!
BecomeaSocialWorker.info/Become

**Life Experience Colleges**
Find Colleges For Life Experience Degrees and Accreditation Today.
www.LifeExperience.DegreeLeap.com

**2-Year Nursing Degrees**
Convenient Locations In Indiana. Get Your BSN In 16 Mos. Apply Now!
www.MarianNursing.com

Search: [          ] [Search]

**Related Searches**

‣ Top 10 Colleges
‣ Two Year Colleges
‣ All Colleges
‣ Accredited Colleges
‣ Top MBA Universities
‣ Journalism Schools
‣ The Best Online Colleges
‣ Best Universities
‣ University Rankings
‣ University Schools

Search: [          ] [Search]

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved. Privacy Policy

AMPAS 006946

# EXHIBIT L

# 2013ACADEMYAWARDS.COM




**Ads**

**Keller Business School**
Online & Campus Learning Options. Find The Right Program Today!
www.Keller.edu

**Colleges with OT Degree**
Info on Courses, Tuition & More for Colleges with Occupational Therapy
www.campusexplorer.com/OT

**DeVry University® Online**
Flexibility Of Online Study. Focus On Personal Attention. Get Started.
www.DeVry.edu

**ITT Tech- Information Sys**
Information Technology Courses. Official ITT Tech Site. Get Info!
www.ITT-Tech.edu

**University of Phoenix®**
Official Site. College Degrees for the Real World. Learn More Today.
Phoenix.edu

**Degree For Social Worker**
Become a Social Worker, Learn How. Find a School & Get More Info Now!
BecomeaSocialWorker.info/Become

**Air Force College**
Accredited online degrees. 80+ degree programs. 100% online.
www.AMU.APUS.edu/AirForce

**AIU® Online School**
Earn Your Degree on Your Schedule. 100% Online-Apply Now & Start 1/2.
www.AIUSchools.com

**Eligible for Grants?**
You may be eligible for Grants, Scholarships, and Student Loans.
EducationConnection.com/GrantsInfo

**Bible College Programs**
Liberty University Online Bible College. Request Enrollment Info!
www.LibertyOnlineDegrees.com

Search:
[ ] [Search]

**Related Searches**

► Top 10 Colleges
► Two Year Colleges
► All Colleges
► Accredited Colleges
► Top MBA Universities
► Journalism Schools
► The Best Online Colleges
► Best Universities
► University Rankings
► University Schools

# 2013ACADEMYAWARDS.COM



**Ads**

### DeVry University® Online
Flexibility Of Online Study. Focus On Personal Attention. Get Started.
www.DeVry.edu

### Keller Business School
Online & Campus Learning Options. Find The Right Program Today!
www.Keller.edu

### Colleges with OT Degree
Info on Courses, Tuition & More for Colleges with Occupational Therapy
www.campusexplorer.com/OT

### University of Phoenix®
Flexible College Degree Programs. Official Site. Learn More Today.
Phoenix.edu

### ITT Tech- Information Sys
Information Technology Courses. Official ITT Tech Site. Get Info!
www.ITT-Tech.edu

### Degree For Social Worker
Become a Social Worker, Learn How. Find a School & Get More Info Now!
BecomeaSocialWorker.info/Become

### Online College Degree
Choose from 80+ online degrees. Classes start Jan 2. Enroll today.
www.APUS.edu

### AIU® Online Degrees
Earn Your Degree on Your Schedule. 100% Online-Apply Now & Start 1/2.
www.AIUSchools.com

### Eligible for Grants?
You may be eligible for Grants, Scholarships, and Student Loans.
EducationConnection.com/Grants

### Top Online Law Schools
Search the Top Law Schools. Free Now.
www.Law.DegreeLeap.com

**Search:**

**Related Searches**

▶ Top 10 Colleges
▶ Two Year Colleges
▶ All Colleges
▶ Accredited Colleges
▶ Top MBA Universities
▶ Journalism Schools
▶ The Best Online Colleges
▶ Best Universities
▶ University Rankings
▶ University Schools

**Search:**

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved. Privacy Policy

AMPAS 006948

# EXHIBIT M

# ACADEMYAWARDS2011WINNERS.COM



**Ads**

**Vera Wang Wedding Gowns**
Save 50-75% on Vera Wang gowns. Make an appointment & save today!
Vera-Wang.BridePower.com

**Cardprinting.us**
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card
CardPrinting.us/Card_Printing

**Compare Chevy Sonic**
See How the 2012 Chevy Sonic Compares to the Competition.
www.chevrolet.com/Sonic

**Looking for an Investor?**
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why
GoBigNetwork.com/Funding

**Wowza Media Server 3**
Try Wowza's Newest Edition Today Download a Free 30-Day Trial!
www.Wowza.com

**Hollywood Awards Trophies**
Movie party decor. Custom Awards Favors: 6.99-189.99 Bulk available.
HollywoodMegaStore.com

**Hollywood Party Supplies**
Huge selection of decorations, favors, tableware, and more.
ziggos.com

**Oscar Party Supplies**
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.
www.windycitynovelties.com

**Anokhi Clothing**
Women's Casual & Dress Apparel.Made With The Finest Cotton.Order Today!
www.timbuktucraft.com

**Canon Project Imagination**
Check Out Winning Photos & Videos From Ron Howard & Canon's New Film.
www.youtube.com/imagination



**Search:**

[Search]

**Related Searches**

- ➤ 2011 Calendar
- ➤ AntiVirus 2011
- ➤ Uhren 2011
- ➤ Becas 2011
- ➤ Oscar Winners
- ➤ Agenda 2011
- ➤ 2011 Hyundai
- ➤ Silvester 2011
- ➤ 2011 Minivans
- ➤ Elantra 2011

AMPAS 006955

# ACADEMYAWARDS2011WINNERS.COM

**Ads**

**Online College Search**
Find & Compare Top Online Colleges. Get Free Advice. Register Today!
www.topcareerschools.com

**Need Startup Capital?**
We have over 20,000 Real Investors Find Funding Today
GoBigNetwork.com/Funding

**University of Phoenix®**
Official Site. College Degrees for the Real World. Get Started Today.
Phoenix.edu

**Hollywood Awards Trophies**
Movie party decor. Custom Awards Favors: 6.99-189.99 Bulk available.
HollywoodMegaStore.com

**Maranatha is Accredited**
Regional accreditation, Baptist perspective, broad range of majors.
www.mbbc.edu

**Earn a Degree Online**
Accredited Colleges & Top Courses. Flexible Distance Learning Programs
www.mottobiz.com

**Looking for an RN to BSN?**
100% Online Program for $8,995. Prereqs Available. Get Free Info!
AcademicPartnerships.UTA.edu

**Hollywood Party Supplies**
Huge selection of decorations, favors, tableware, and more.
ziggos.com

**Creative Writing Classes**
Create Compelling Stories and Bring them to the Screen. Full Sail Univ.
www.FullSail.edu

**Red Carpet Theme Party**
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.
www.windycitynovelties.com

**Search:** [        ] Search

**Related Searches**

➤ Recognition Awards
➤ Achievement Awards
➤ Hollywood Film Time
➤ Free Hollywood Movies
➤ Crystal Awards and Trophies
➤ Oscar Awards History
➤ Hollywood Headshots
➤ Colleges
➤ Hollywood Videos
➤ Personalized Awards

**Search:** [        ] Search

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved. Privacy Policy

AMPAS 006956

# EXHIBIT N

# ACADEMYAWARDS2012WINNERS.COM




**Ads**

**Cardprinting.us**
Industry Leader; Quality & Service As Low As $.04 to $.06 Per Card
CardPrinting.us/Card_Printing

**Looking for an Investor?**
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why
GoBigNetwork.com/Funding

**Wowza Media Server 3**
Try Wowza's Newest Edition Today Download a Free 30-Day Trial!
www.Wowza.com

**Planet Smoothie**
Fast Fuel, Not Fast Food $1 Off Coupon to Print
maps.google.com/coupon

**Canon Short Film Trailer**
View The Trailer & Go Behind The Scenes of Project Imagination Film
www.youtube.com/imagination

**1/2 Off Video Production**
Music Videos, Commercial Adds, Films, Lectures, All Videography
www.AlimEntertainment.com

**Georgetown University**
Accelerated Second Degree BSN Obtain Your BSN in 16 Months
www.georgetown.edu

**Infomercial Campaigns**
Will cover majority of costs. Hundreds of case studies&references
tvamediagroup.com

**College Applications**
Applying for College Has Never Been Easier. Get Free Application Info.
www.Application.DegreeLeap.com

**Free Regal Cinema Coupons**
Regal Cinemas Coupons & Savings Save Money Free Printable Coupons
www.ShopAtHome.com/RegalCinemas

**Search:**

[Search]

**Related Searches**

► Movie Online Video
► Watch the Movie
► Movie Film
► Movie com
► Indie Movie
► English Movie
► Movie Production Company
► Movie Part 1
► New Movie
► Spanish Movie Directors

AMPAS 006957

# ACADEMYAWARDS2012WINNERS.COM

**Ads**

**Planet Smoothie**
Fast Fuel, Not Fast Food $1 Off Coupon to Print
maps.google.com/coupon

**Canon Short Film Trailer**
View The Trailer & Go Behind The Scenes of Project Imagination Film
www.youtube.com/imagination

**Looking for an Investor?**
20,000+ Investors Looking for Deals 250,000 Startups Use Us - See Why
GoBigNetwork.com/Funding

**1/2 Off Video Production**
Music Videos, Commercial Adds, Films, Lectures, All Videography
www.AlimEntertainment.com

**Georgetown University**
Accelerated Second Degree BSN Obtain Your BSN in 16 Months
www.georgetown.edu

**Infomercial Campaigns**
Will cover majority of costs. Hundreds of case studies&references
framediagroup.com

**College Applications**
Applying for College Has Never Been Easier. Get Free Application Info.
www.Application.DegreeLeap.com

**Free Regal Cinema Coupons**
Regal Cinemas Coupons & Savings Save Money Free Printable Coupons
www.ShopAtHome.com/RegalCinemas

**Culinary Art Colleges**
Le Cordon Bleu® Culinary Arts Boston Classes Start Jan. 9th
LeCordonBleuCollege-Boston.com

**Scholarships**
Find a scholarship for your education today.
www.businessrank.com

Search: [ ]

**Related Searches**
▸Movie Online Video
▸Watch the Movie
▸Movie Film
▸Movie com
▸Indie Movie
▸English Movie
▸Movie Production Company
▸Movie Part 1
▸New Movie
▸Spanish Movie Directors

Search: [ ] [Search]

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2011 GoDaddy.com, Inc. All rights reserved. Privacy Policy

AMPAS 006958

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Dean D. Pregerson_____ and the assigned Magistrate Judge is _____Margaret A. Nagle_____ .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-8458-DDP (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____November 15, 2013_____
Date

By _MDAVIS_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☑ Western Division          ☐ Southern Division           ☐ Eastern Division
312 N. Spring Street, G-8      411 West Fourth St., Ste 1053    3470 Twelfth Street, Room 134
Los Angeles, CA 90012         Santa Ana, CA 92701           Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES | CASE NUMBER |
|---|---|
| | 2:14-CV-8458-DDP (MANx) |
| PLAINTIFF(S) | |
| v. | |
| GODADDY.COM, INC. | **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM** |
| DEFENDANT(S) | |

**NOTICE TO PARTIES:**

It is the policy of this Court to encourage settlement of civil litigation when such is in the best interest of the parties. The Court favors any reasonable means, including alternative dispute resolution (ADR), to accomplish this goal. *See* Civil L.R. 16-15. Unless exempted by the trial judge, parties in all civil cases must participate in an ADR process before trial. *See* Civil L.R. 16-15.1.

The district judge to whom the above-referenced case has been assigned is participating in an ADR Program that presumptively directs this case to either the Court Mediation Panel or to private mediation. *See* General Order No. 11-10, §5. For more information about the Mediation Panel, visit the Court website, www.cacd.uscourts.gov, under "ADR."

Pursuant to Civil L.R. 26-1(c), counsel are directed to furnish and discuss with their clients the attached ADR Notice To Parties *before* the conference of the parties mandated by Fed.R.Civ.P. 26(f). Based upon the consultation with their clients and discussion with opposing counsel, counsel must indicate the following in their Joint 26(f) Report: 1) whether the case is best suited for mediation with a neutral from the Court Mediation Panel or private mediation; and 2) when the mediation should occur. *See* Civil L.R. 26-1(c).

At the initial scheduling conference, counsel should be fully prepared to discuss their preference for referral to the Court Mediation Panel or to private mediation and when the mediation should occur. The Court will enter an Order/Referral to ADR at or around the time of the scheduling conference.

Clerk, U. S. District Court

_November 15, 2013_
Date

By  MDAVIS
Deputy Clerk

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT
## AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)
**Counsel are required to furnish and discuss this Notice with their clients.**

Despite the efforts of the courts to achieve a fair, timely and just outcome in all cases, litigation has become an often lengthy and expensive process. For this reason, it is this Court's policy to encourage parties to attempt to settle their disputes, whenever possible, through alternative dispute resolution (ADR).

ADR can reduce both the time it takes to resolve a case and the costs of litigation, which can be substantial. ADR options include mediation, arbitration (binding or non-binding), neutral evaluation (NE), conciliation, mini-trial and fact-finding. ADR can be either Court-directed or privately conducted.

The Court's ADR Program offers mediation through a panel of qualified and impartial attorneys who will encourage the fair, speedy and economic resolution of civil actions. Panel Mediators each have at least ten years of legal experience and are appointed by the Court. They volunteer their preparation time and the first three hours of a mediation session. This is a cost-effective way for parties to explore potential avenues of resolution.

This Court requires that counsel discuss with their clients the ADR options available and instructs them to come prepared to discuss the parties' choice of ADR option (settlement conference before a magistrate judge; Court Mediation Panel; private mediation) at the initial scheduling conference. Counsel are also required to indicate the client's choice of ADR option in advance of that conference. *See* Civil L.R. 26-1(c) and Fed.R.Civ.P. 26(f).

Clients and their counsel should carefully consider the anticipated expense of litigation, the uncertainties as to outcome, the time it will take to get to trial, the time an appeal will take if a decision is appealed, the burdens on a client's time, and the costs and expenses of litigation in relation to the amounts or stakes involved.

With more than 15,000 civil cases filed in the District in 2012, less than 1 percent actually went to trial. Most cases are settled between the parties; voluntarily dismissed; resolved through Court-directed or other forms of ADR; or dismissed by the Court as lacking in merit or for other reasons provided by law.

For more information about the Court's ADR Program, the Mediation Panel, and the profiles of mediators, visit the Court website, www.cacd.uscourts.gov, under "ADR."

LEE TRAN LIANG & WANG LLP
James M. Lee (CA Bar No. 192301)
Enoch H. Liang (CA Bar No. 212324)
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-08458** DDP(MANx)<br><br><br>**SUMMONS** |

TO: DEFENDANT(S): <u>GODADDY.COM, INC.</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>LEE TRAN LIANG & WANG LLP</u>, whose address is <u>601 S. FIGUEROA STREET, SUITE 3900, LOS ANGELES, CA 90017</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>NOV 1 5 2013</u>

By: _____
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                                        SUMMONS

## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

GODADDY.COM, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

LEE TRAN LIANG & WANG LLP
Enoch H. Liang (CA Bar No. 212324)
James M. Lee (CA Bar No. 192301)
601 S. Figueroa Street, Suite 3900, Los Angeles, CA 90017

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding ☐ 2. Removed from State Court ☐ 3. Remanded from Appellate Court ☐ 4. Reinstated or Reopened ☐ 5. Transferred from Another District (Specify) ☐ 6. Multi-District Litigation

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ According to proof.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Cybersquatting under 15 U.S.C. Sec. 1125(d); violation of Cal. Bus. Code Sec. 17200

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

---

**FOR OFFICE USE ONLY:** Case Number: CV13-08458

CV-71 (09/13) CIVIL COVER SHEET Page 1 of 3

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?**<br><br>Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?**<br><br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
**SOUTHERN DIVISION.**
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
**EASTERN DIVISION.**
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
**WESTERN DIVISION.**
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | **WESTERN DIVISION** |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ NO ☒ YES

if yes, list case number(s): See Notice of Related Cases (concurrently filed), Case No. CV-10-3738-ABC-CW

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____ DATE: November 15, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |