# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Academy of Motion Picture Arts and Sciences | CASE NUMBER |
| PLAINTIFF(S) | CV 13-08458 ABC(CWx) |
| v. | |
| GoDaddy.com Inc | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

A Motion to Disqualify Judge / Magistrate Judge  Audrey B. Collins  was filed on  01/06/2014 . Pursuant to General Order 08-05 and Local Rule 72-5, this motion is referred to Judge  Dale S. Fischer  for determination.

Clerk, U. S. District Court

01/06/2014
Date

By Robert R. Nadres
Deputy Clerk

### FOR COURT USE ONLY

Ruling on prior motion(s):   ☑ No   ☐ Yes.   Refer to document number(s) _____

*cc:*   *Judge Assigned to Case*
*Judge Assigned to Determine Motion*
*Counsel of Record*