BOIES, SCHILLER & FLEXNER LLP
  Stuart Singer (*pro hac vice*)
  David Nelson (*pro hac vice*)
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022
Email:  ssinger@bsfllp.com; dnelson@bsfllp.com

FOOTE MIELKE CHAVEZ & O'NEIL, LLC
  Robert M. Foote (*pro hac vice*)
  Kathleen Chavez (*pro hac vice*)
  Matthew Herman (*pro hac vice*)
10 West State Street, Suite 200
Geneva, IL 60134
Tel: 630-232-7450
Fax: 630-232-7452
Email:  rmf@fmcolaw.com; kcc@fmcolaw.com; mjh@fmcolaw.com

LEE, TRAN & LIANG LLP
  James M. Lee (CA Bar No. 192301)
  Enoch H. Liang (CA Bar No. 212324)
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773
Email:  james.lee@ltlattorneys.com; enoch.liang@ltlattorneys.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. CV13-08458-ABC (CW)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GODADDY.COM, LLC'S MOTION TO DISMISS AND MOTION TO STRIKE** |

1   The Court has reviewed Defendants GoDaddy, Inc. and
2   GoDaddy.com, LLC's ("Defendants") Motion to Dismiss and Strike the
3   First Amended Complaint [Dkt. No. 27] ("Motion"), and considered all
4   papers in support and in opposition thereto.
5   The Motion is hereby DENIED in its entirety. The First Amended
6   Complaint alleges facts which taken as true are sufficient to show that the
7   twelve domain names Defendants' have moved to dismiss are confusingly
8   similar to Plaintiff's marks.
9   **NOW THEREFORE, IT IS ORDERED** that:
10   Defendants' Motion is hereby **DENIED**.
11   **IT IS SO ORDERED.**
12
13   DATED: _____, 2014        _____
14                                   Hon. Audrey B. Collins
15                                   United States District Court Judge