# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES<br><br>Plaintiff(s),<br><br>v.<br><br>GODADDY.COM INC, et al.<br><br>Defendant(s). | CASE NO:<br>2:13−cv−08458−ABC−CW<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

This matter is set for a Scheduling Conference on **April 7, 2014 at 10:00 AM** before Judge Audrey B. Collins in Courtroom 680, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012. **Lead trial counsel must be present**.

The conference will be held pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rule 26−1. The parties are reminded of their disclosure obligations. See Fed. R. Civ. P. 26(a). The parties must confer on a discovery plan **not later than 21 days** before the Scheduling Conference. Counsel should begin to conduct discovery before the Scheduling Conference. This will expedite settlement discussions and early motion work.

\\\

The parties must file a Joint Rule 26(f) Report **not later than 10 days** before the Scheduling Conference. Plaintiff is responsible for drafting the report, but it shall be submitted and signed jointly.

The Joint Rule 26(f) Report shall include the following:

1. A short statement of the claims, counterclaims, and affirmative defenses, not to exceed three (3) pages;
2. A brief description of the key legal issues;
3. A discussion of the likelihood of motions seeking to add other parties or claims, file amended pleadings, or transfer venue;
4. A discussion of discovery and experts pursuant to Rule 26(f);
5. A description of any issues which may be resolved by motions for summary judgment;
6. Whether, after conferring with their clients, counsel prefers to be referred to the Mediation Panel or to use a private dispute resolution process;
7. Proposed deadlines for:
   - Filing motions to amend the pleadings by adding claims or parties;
   - Fact discovery and, if desired, expert discovery;
   - Motions other than motions to amend;
   - Pretrial conference; and
   - Jury or court trial. [1]
8. Any other matters that affect the status of the case. For example:
   - <u>Patent Cases</u>. Counsel should propose dates for claim construction and <u>Markman</u> hearings.

---

[1] Motions and pretrial conferences are held on Mondays. Trials are set on Tuesdays.

- Consent to Magistrate Judge: The parties may consent to have a Magistrate Judge preside over the entire case, including trial. The parties are free to select Magistrate Judges listed on the Voluntary Consent List of Civil Cases to Magistrate Judges' Program webpage, not just the Magistrate Judge assigned to this case.

Failure to comply with all applicable rules or to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions.

If counsel for any party has his or her office outside of Los Angeles County, the Court may, at the parties' request and in its discretion, conduct the Scheduling Conference by telephonic conference call. Counsel requesting the telephonic conference call shall contact the Courtroom Deputy Clerk at (213) 894–6500 for approval. Counsel requesting the call will be responsible for originating the call to the Court after assembling all parties on the line. Counsel are required to remain on the telephone until the case number is called.

Plaintiff's counsel or, if Plaintiff is appearing *pro se*, Defendant's counsel, is directed to give notice of the Scheduling Conference immediately to each party that makes an initial appearance in the action after this date.

**IT IS SO ORDERED.**

DATED: February 11, 2014

*Audrey B. Collins*
_____
Audrey B. Collins
United States District Judge